IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

      Plaintiff,                    No. CIV S-07-0399 FCD EFB P

   vs.

CALIFORNIA ATTORNEY
GENERAL, et al.,

      Defendants.                    ORDER
_____/

     Plaintiff, a state prisoner without counsel, has filed a civil rights action under 42 U.S.C. § 1983. He alleges a violation of his civil rights occurring in Kings County, California. Actions arising out of Kings County must be filed in the Fresno Division of this court. *See* Local Rule 3-120(b).

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the Fresno Division.

     2. The Clerk of Court shall assign a new case number.

////

////

////

////

1

1    3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

5  Dated: March 27, 2007.

         /s/ Edmund F. Brennan
7       EDMUND F. BRENNAN
         UNITED STATES MAGISTRATE JUDGE