# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>         Defendants. | CASE NO. 1:07-cv-00481-LJO-DLB-P<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Docs. 1, 5 |

Plaintiff Roderick Washington ("plaintiff") is a state prisoner proceeding pro se and is housed at California State Prison-Corcoran. Plaintiff submitted a civil rights complaint against various public employees accompanied by an application to proceed in forma pauperis. The Clerk's Office filed the action on February 27, 2007.

Plaintiff is subject to a Prefiling Order issued by the Honorable Oliver W. Wanger on March 26, 2003, in case number 1:99-cv-06590-OWW-LJO PC Washington v. Early. Pursuant to the Order, plaintiff is enjoined from filing suit in this district unless he either (1) pays the $350.00 filing fee in full at the time he files suit or (2) makes an evidentiary showing, with documentation, that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).[1]  Any documents submitted
///

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to both section 1915(g) and Judge Wanger's Prefiling Order.

1  by plaintiff that do not make this showing are to be returned to plaintiff and no civil action is to be
2  opened.
3        This action, which was not accompanied by the $350.00 filing fee, was opened in error by
4  the Clerk's Office prior to a prefiling review by a judge.  Plaintiff's complaint has now been
5  reviewed and it does not meet the requirements of the Prefiling Order.  Specifically, plaintiff has
6  made no showing that he is under imminent danger of serious physical injury.
7        Accordingly, it is HEREBY ORDERED that:
8        1.    Plaintiff's application to proceed in forma pauperis is DENIED; and
9        2.    This action is DISMISSED, without prejudice, pursuant to the Prefiling Order.
10 IT IS SO ORDERED.
11 **Dated:   April 10, 2007**                             **/s/ Lawrence J. O'Neill**
   b9ed48                                                UNITED STATES DISTRICT JUDGE